# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Jon Frederick Ewens<br>DOB: 1985; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>13-08418M<br><br>SEALED |

Complaint for violation of Title 18 United States Code § 115(a)(1)(B)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On September 6, 2013, JON FREDERICK EWENS, did threaten to assault or kill United States Supreme Court Associate Justice Samuel Alito, Jr., by sending an electronic message to the Public Information Office, United States Supreme Court, by stating: "I am going to kill that cunt Samuel alito….lead in hi8s fucking chest… 2 year old thais can comp program the u.s. economy more than that cunt…. Where is the accountability here…. He is not some gimp floating around as some male soldier enslaver giving out orders like he owns the world… what a pussy, I am going to kill Samuel alito"

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On September 6, 2013, an e-mail was received by the Public Information Office, U.S. Supreme Court (FormSubmissions@supremecourt.gov) from JON FREDERICK EWENS at email address jonewens19sanjose@gmail.com. The email sent from IP address 184.179.24.179 (Scottsdale Civic Center Library, 3839 North Drinkwater Blvd., Scottsdale, AZ) read: "I am going to kill that cunt Samuel alito….lead in hi8s fucking chest… 2 year old thais can comp program the u.s. economy more than that cunt…. Where is the accountability here…. He is not some gimp floating around as some male soldier enslaver giving out orders like he owns the world… what a pussy, I am going to kill Samuel alito"

EWENS was arrested by the Scottsdale Police Department on September 12, 2013, while sitting in front of a computer console at the Scottsdale Civic Center Library, 3839 North Drinkwater Blvd., Scottsdale, AZ.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>  Being duly sworn, I declare that the foregoing is<br>  true and correct to the best of my knowledge.<br>Anderson/cmm<br>AUTHORIZED AUSA Beverly K. Anderson | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Tony M. Taylor, Jr., Special Agent FBI |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 18, 2013 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54